**Susan SHANNON, Plaintiff—Appellant,**

v.

**William J. HENDERSON, Postmaster General; et al., Defendants—Appellees.**

No. 01–15383.
D.C. No. CV–00–02793 SBA.

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002.*

Decided March 21, 2002.

Before CANBY, BEEZER, and PAEZ, Circuit Judges.

MEMORANDUM**

Susan Shannon appeals the district court's summary judgment for defendants in her action alleging employment discrim-

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2). The panel therefore denies Shannon's request for oral argument.

** This disposition is not appropriate for publication and may not be cited to or by the

ination and wrongful termination on the basis of disability. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review a grant of summary judgment de novo, *Leorna v. U.S. Dep't of State,* 105 F.3d 548, 550 (9th Cir.1997), and we affirm.

Shannon failed to timely exhaust her administrative remedies prior to filing suit. *See* 29 C.F.R. § 1614.105; *Vinieratos v. United States,* 939 F.2d 762, 768 (9th Cir. 1991). Shannon failed to show a triable issue of material fact regarding her eligibility for either equitable tolling, *see Leorna,* 105 F.3d at 551, or equitable estoppel, *see Stallcop v. Kaiser Found. Hosp.,* 820 F.2d 1044, 1050 (9th Cir.1987).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.